**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JOSHUA L. BENSON, ESQ.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jbenson@maclaw.com
   Attorneys for Defendants LVMPD
   and Kevin G. Conaway

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| KARLA IVY KLEIN,<br><br>                     Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; Police Officer Kevin G. Conaway (LVMPD #8402) individually and as Police Officer, employed by the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; Police Officers John Does 1-10; John Does 11-20; Roe Corporations 1-10, inclusive,<br><br>                     Defendants. | Case No:   2:13-cv-00359-GMN-VCF |

## STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
### (FIRST REQUEST)

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case to February 28, 2014. In addition, the parties request that the dispositive motions deadlines be extended to March 31, 2014. In support of this Stipulation and request, the parties state as follows:

M&A:05166-688 2158980_1

I.   **DISCOVERY AND FILINGS COMPLETED TO DATE.**

The parties have completed the majority of discovery—including written discovery, disclosure of experts and some depositions:

1. On April 17, 2013, Plaintiff served her initial disclosure.

2. On April 25, 2013, Defendants served their initial disclosure.

3. On September 30, 2013, Defendants served their first supplement to initial disclosure.

4. On October 9, 2013, Plaintiff served her first supplement to initial disclosure.

5. On October 31, 2013, Defendants served their second supplement to initial disclosure.

6. On November 13, 2013, Defendants served their third supplement to initial disclosure.

7. On November 27, 2013, Defendants served their fourth supplement to initial disclosure.

8. On December 4, 2013, Defendants served their fifth supplement to initial disclosure.

II.   **DISCOVERY THAT REMAINS TO BE COMPLETED.**

The depositions of Officer Conaway, Jackie Kassower and LVMPD 30(b)(6) witness still remain to be taken.  Plaintiff and Defendants respectfully request an extension of the discovery deadlines and dispositive motions deadline based upon the parties attempting to reach a settlement.

III.   **REASONS DISCOVERY REMAINING WAS NOT COMPLETED.**

The parties seek approximately a 60-day extension of the discovery deadlines and the dispositive motions deadline due to the parties actively attempting to settle this matter.  Prior to close of discovery the parties properly noticed the depositions of Officer Conaway, Jackie Kassower and LVMPD 30(b)(6) witness.  Based upon settlement negotiations the parties agreed to continue these depositions and now request a 60-day extension to complete settlement discussions and take the depositions, if necessary.  This additional time will permit the parties to

M&A:05166-688 2158980_1

conduct additional discovery in the event a settlement is not reached. Plaintiffs and Defendants have been diligent in complying with the current scheduling deadlines.

IV. **PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY.**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | December 30, 2013 | **February 28, 2014** |
| Dispositive Motions | January 30, 2013 | **March 31, 2014** |

DATED this 30th day of January, 2014.          DATED this 30th day of January, 2014.

**MARQUIS AURBACH COFFING**                      **YAN KENYON**

By: __/s/ Joshua L. Benson, Bar No. 10514__      By: __/s/ Jay A. Kenyon, Bar No. 6376__
    Craig Anderson, Esq.                             Jay A. Kenyon, Esq.
    Nevada Bar No. 6882                              Yan Kenyon
    Joshua L. Benson, Esq.                           7881 W. Charleston Blvd., Suite 165
    Nevada Bar No. 10514                             Las Vegas, Nevada 89117
    10001 Park Run Drive                             *Attorneys for Plaintiff*
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff LVMPD*

**ORDER**

IT IS SO ORDERED this 3rd day of February, 2014.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate